292 (1942); *Stromberg* v. *California,* 283 U. S. 359, 367–368 (1931).

Accordingly, I dissent from denial of the petition for certiorari.

No. 78–6225. VOYLES *v.* MISSISSIPPI. Sup. Ct. Miss.; and
No. 78–6371. SONGER *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 78–6429. HARVARD *v.* FLORIDA. Sup. Ct. Fla. Motion of petitioner to defer consideration of petition for writ of certiorari and certiorari denied.

No. 77–1444. JOHNSON *v.* ABRAMS, ATTORNEY GENERAL OF NEW YORK, ET AL., 440 U. S. 945;

No. 77–1618. LEIS ET AL. *v.* FLYNT ET AL., 439 U. S. 438;

No. 78–1026. KLINGAMAN, T/A BANNER SIGHTSEEING CO., ET AL. *v.* SOMMERS, 440 U. S. 959;

No. 78–1034. EVANS *v.* ANDREJKO ET AL., 440 U. S. 916;

No. 78–1047. HORVAT ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE, 440 U. S. 959;

No. 78–1180. ROSENTHAL *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS, 440 U. S. 961;

No. 78–1193. CARNOW *v.* ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION OF ILLINOIS, 440 U. S. 961; and

No. 78–5844. FARRELL *v.* JOHNSON, 440 U. S. 952. Petitions for rehearing denied. MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.